IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| LORRIE EICHER, personal representative for Robert Lambert, Jr., deceased | ) ) ) ) | |
| v. | ) ) | NO. 3:05-1045 |
| HUMPHREYS COUNTY SHERIFF RONNIE TOUNGETTE, BONNIE ROBINSON, and HUMPHREYS COUNTY, TENNESSEE | ) ) ) ) | |

## ORDER

In accordance with the contemporaneously entered Memorandum, the Court GRANTS the defendants' motion for summary judgment (Docket Entry No. 22) as follows:

1) the plaintiff's claims under 42 U.S.C. § 1983 are hereby DISMISSED WITH PREJUDICE; and

2) the plaintiff's state law claims are hereby DISMISSED WITHOUT PREJUDICE.

The trial in this action scheduled for June 5, 2007, and the pretrial conference scheduled for May 11, 2007, are CANCELLED.

The entry of this order shall constitute the final judgment in this case.

So ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge